# United States Court of Appeals for the Federal Circuit

---

**SOFTVIEW LLC,**
*Appellant*

**v.**

**APPLE INC., MOTOROLA MOBILITY LLC,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2023-1005, 2023-1007

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,634, 95/002,132.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND VACATED AND REMANDED-IN-PART**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 26, 2024
Date